## 48436. ALLIS-CHALMERS CREDIT CORPORATION v. McGILL.

EBERHARDT, Presiding Judge. In this suit to recover a deficiency judgment against the purchaser of heavy duty equipment under a retail instalment contract, the property having been repossessed and sold at public sale after default by the purchaser in making the instalment payments, issues of fact are raised which are of sufficient gravity to make proper the denial of plaintiff's motion for summary judgment.

*Judgment affirmed. Pannell and Stolz, JJ., concur.*

ARGUED SEPTEMBER 4, 1973 — DECIDED OCTOBER 19, 1973.

*Powell, Goldstein, Frazer & Murphy, David R. Aufdenspring, Harvey D. Harkness,* for appellant.

*Grubbs & Platt, J. Milton Grubbs, Jr., Adele Platt,* for appellee.